COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-041-CV

ESTATE OF THURMAN HOLMAN WATKINS, DECEASED

----------

FROM PROBATE COURT NO. 2 
OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant, for which let execution issue.  
See 
Tex. R. App P.
 
43.4.

PER CURIAM

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: May 25, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.